IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| In re: | § | Case 14-50334-KKS |
| | § | |
| Deborah Lynn Raffield | § | Chapter 7 |
| | § | |
| Debtor | § | |

## REQUEST FOR NOTICE

Please take notice that Capital Recovery Advisors, an interested party in the above-captioned and numbered case, hereby requests that it be added to the mailing matrix and that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee, or otherwise be sent to:

Capital Recovery Advisors
c/o Stephen R. Tumminello, Esq.
2400 Augusta Dr, Ste 212
Houston, TX 77057

Respectfully submitted,

Date: January 16, 2015      By: _____
Stephen R. Tumminello, Esq.
Sole Corporate Counsel
Capital Recovery Advisors

FILED 2015 JAN 26 A 11:54 CLERK BANKRUPTCY COURT NORTHERN DISTRICT FL.